UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                  Case No.
                                        9:11−bk−04641−FTM
                                        Chapter 7

Steven Ray Steckelberg
2518 NE 20th Place
Cape Coral, FL 33909


Dawn Marie Steckelberg
2518 NE 20th Place
Cape Coral, FL 33909


                 _____Debtor*_____/


CONDITIONAL ORDER STRIKING DOCUMENT

   THIS CASE came on for consideration upon the Court's own Motion for the purpose of entering an appropriate Order. The Court has considered the record and finds that a document titled Exhibit D was filed on March 19, 2011 is deficient in that the document does not contain an original signature or proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and/or Local Rule 9011−4. Accordingly, it is

   **ORDERED** that Debtor is to cure the defect as noted above within fourteen (14) days from the date of entry of this Order. In the event that an amended document is not filed with the deficiency cured the above−captioned document shall be deemed stricken from the record.

                                     BY THE COURT

Dated:  March 24, 2011

                                      _____
                                      David H. Adams
                                      United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.