UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                      Case No.
                                                            9:11−bk−04641−FTM
                                                            Chapter 7

Steven Ray Steckelberg
2518 NE 20th Place
Cape Coral, FL 33909


Dawn Marie Steckelberg
2518 NE 20th Place
Cape Coral, FL 33909


_____Debtor*_____/


ORDER DETERMINING DEBTOR'S
COMPLIANCE WITH FILING REQUIREMENTS OF SECTION 521(a)

   Pursuant to 11 U. S. C. Section 521(a), if an individual debtor in a voluntary case under Chapter 7 or 13 fails to file all of the information required under 11 U. S. C. 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the Debtor has complied with the information filing requirements of 11 U. S. C. Section 521(a). Accordingly, it is

   **ORDERED**:

   1. This case is not subject to automatic dismissal under 11 U.S.C. Section 521(i)(1) or (2).

   2. If any party in interest has any reason to contest the Court's finding that the Debtor has filed all information required by 11 U.S.C. Section 521(a), that party shall file a Motion for Reconsideration not later than twenty−one (21) days from the date of the entry of this Order, and serve such motion on the Trustee, Debtor and Debtor's counsel, if any. The motion should specifically identify the information required by 11 U.S.C. Section 521(a) that the Debtor has failed to file.

                                           BY THE COURT

Dated:  March 28, 2011

                                           _____
                                           David H. Adams
                                           United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.