# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT MYERS DIVISION

IN RE:

STEVEN RAY STECKELBERG  
DAWN MARIE STECKELBERG

CASE NO. 9:11-BK-04641-FTM  
CHAPTER 7

Debtor(s).

## REQUEST FOR NOTICE

Please take notice that the firm of The Hale Law Group, PLLC, 88 Union Avenue, Suite 700, Memphis, TN 38103 will represent the interests of Chrysler Financial Services Americas LLC f/k/a DaimlerChrysler Financial Services Americas LLC ("CFS") in the matter.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for CFS, as follows:

> Stephen P. Hale, Esq.
> Bert Echols, Esq.
> The Hale Law Group, PLLC
> 88 Union Avenue, Suite 700
> Memphis, TN 38103

/s/Bert Echols

Stephen P. Hale, Esq.  
Bert Echols, Esq.  
The Hale Law Group, PLLC  
Attorneys for CFS  
88 Union Avenue, Suite 700  
Memphis, TN 38103  
(901) 271-0712  
(901) 271-0900

OF COUNSEL:  
THE HALE LAW GROUP, PLLC